UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
:
BANK OF UTAH, :
:
                Plaintiff, :
: 21-CV-3915 (JMF)
     -v- :
: ORDER
ABC AEROLINEAS, S.A. DE C.V., :
:
                Defendant. :
:
----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     The hearing scheduled for **July 21, 2021,** at **3:15 p.m.** will be held remotely by teleconference. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

     **No later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

     SO ORDERED.

Dated: July 12, 2021                            _____
      New York, New York                       JESSE M. FURMAN
                                                      United States District Judge