UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BANK OF UTAH,                                                      :
:
                        Plaintiff,                                 :
:       21-CV-3915 (JMF)
        -v-                                                        :
:            ORDER
ABC AEROLINEAS, S.A. DE C.V.,                                      :
:
                        Defendants.                                :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court neglected to order Plaintiff to send a copy of its prior Order at ECF No. 28 providing call-in information for the upcoming default judgment hearing to Defendant. Plaintiff shall do so **today**, via overnight courier **(i.e., for delivery tomorrow)**, and shall file proof of such service by **July 20, 2021.**

      SO ORDERED.

Dated: July 19, 2021
      New York, New York                        JESSE M. FURMAN
                                                 United States District Judge