UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK OF UTAH, not in its individual capacity but solely as owner trustee,<br><br>    Plaintiff,<br><br> v.<br><br>ABC AEROLÍNEAS, S.A. DE C.V.,<br><br>    Defendant. | 21 Civ. 3915 (JMF) |

**~~PROPOSED~~ DEFAULT JUDGMENT**

WHEREAS, Plaintiff Bank of Utah, not in its individual capacity but solely as owner trustee ("Lessor"), having moved the Court for an entry of default judgment in favor of Lessor and against Defendant ABC Aerolíneas, S.A. de C.V., and the Court having granted that motion, it is

**ORDERED, ADJUDGED, AND DECREED**: That judgment is hereby entered in favor of Lessor and against ABC in the amount of $27,477,720.01, plus post-judgment interest on that amount pursuant to 28 U.S.C. § 1961. The Clerk of Court is directed to terminate ECF No. 17 and to close this case.  SO ORDERED.

Dated: _____July 29_____, 2021

                     _____
                     Jesse M. Furman, U.S.D.J.